## (June 24, 1976)

■ JOAN WALKER et al., Appellants, v CHARLES SCHINDLER et al., Respondents. In the Matter of the Arbitration between LOCAL 144, HOTEL, HOSPITAL, NURSING HOME AND ALLIED HEALTH SERVICES UNION on Behalf of Former Employees of COLLEGE VIEW NURSING HOME, Respondent, v CHARLES SCHINDLER et al., Doing Business as COLLEGE VIEW NURSING HOME, Respondents.—Order, Supreme Court, New York County, entered on January 7, 1976, unanimously affirmed for the reasons stated by Spiegel, J., at Special Term, without costs and without disbursements. Concur—Markewich, J. P., Murphy, Lupiano, Capozzoli and Lane, JJ.

■ SIMON H. RIFKIND, as Administrator of the Estate of HARRY KANTER, Deceased, Appellant, v SUCCESSFUL CREATIONS, INC., et al., Respondents.— Appeal from order of the Supreme Court, New York County, entered on May 14, 1975, withdrawn, without costs. Concur—Murphy, J. P., Lupiano, Lane and Yesawich, JJ.

■ ELAINE STERN, Respondent, v JOEL S. STERN, Appellant.—Judgment, Supreme Court, New York County, entered in the office of the clerk on May 27, 1975, unanimously affirmed, without costs and without disbursements. The sole question before us was claimed excessiveness of counsel fee. We find no reason to disturb the award of additional counsel fees in the sum of $3,500 as provided in said judgment. Concur—Markewich, J. P., Lupiano, Birns, Nunez and Yesawich, JJ.